```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 15264
    ETHEL E MILHOUS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1603

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 11/21/2006 and was confirmed 02/05/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

    The case was dismissed after confirmation 10/15/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
MIDWEST TITLE LOANS        SECURED NOT I    1065.00            .00          .00
MIDWEST TITLE LOANS        UNSECURED       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         792.42             .00          .00
INTERNAL REVENUE SERVICE   UNSECURED         89.52             .00          .00
IRS                        NOTICE ONLY     NOT FILED           .00          .00
US ATTORNEYS OFFICE        NOTICE ONLY     NOT FILED           .00          .00
AMERICA ONLINE             UNSECURED       NOT FILED           .00          .00
AT & T BROADBAND           UNSECURED       NOT FILED           .00          .00
BLACK EXPRESSIONS          UNSECURED       NOT FILED           .00          .00
CITY OF CHICAGO PARKING    UNSECURED         490.00            .00          .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED           .00          .00
CREDIT ACCEPTANCE CORP     FILED LATE       8987.58            .00          .00
KEITH S SHINDLER ESQ       NOTICE ONLY     NOT FILED           .00          .00
FCNB MSTR TR               NOTICE ONLY     NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         300.38            .00          .00
HR BLOCK                   UNSECURED       NOT FILED           .00          .00
HOLLYWOOD VIDEO            UNSECURED       NOT FILED           .00          .00
PROVIDENT HOSPITAL COOK    UNSECURED        1036.10            .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        3985.96            .00          .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        1317.61            .00          .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED           .00          .00
TCF BANK                   UNSECURED       NOT FILED           .00          .00
TELECHECK SERVICES         UNSECURED       NOT FILED           .00          .00
US DEPT OF EDUCATION       UNSECURED        5121.05            .00          .00
US DEPT OF EDUCATION       NOTICE ONLY     NOT FILED           .00          .00
VILLAGE OF MAYWOOD         UNSECURED       NOT FILED           .00          .00
WESTFIELD INSURANCE CO     UNSECURED        5991.74            .00          .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED           .00          .00
GALWAY FINANCIAL SVC LLC   UNSECURED         360.00            .00          .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     266.00            .00         266.00
ILLINOIS DEPT OF REVENUE   PRIORITY          981.97            .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      3,000.00                       970.93

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15264 ETHEL E MILHOUS
```

```
TOM VAUGHN                TRUSTEE                                   83.07
DEBTOR REFUND             REFUND                                     .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,320.00

PRIORITY                                         266.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   970.93
TRUSTEE COMPENSATION                              83.07
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                    1,320.00              1,320.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 01/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```